ORDERED.

Dated: June 22, 2021

_____
Lori V. Vaughan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida
### Orlando Division

IN RE:  Case No: 6:20-bk-00960-LVV

GARY LANDMESSER

Debtor  /  Chapter 13

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

**THIS CAUSE** came before the Court without a hearing upon the Debtor's Motion to Modify Confirmed Plan, (Document No.86) and the Consent filed by the Trustee (Document No.88). The Trustee, in her review of the Motion to Modify, noted the Debtor certified that all creditors and interested parties had received a copy of the Motion. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby:

**ORDERED AND ADJUDGED:**

1. That the Debtor's Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

2. All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on January 26, 2021 shall remain the same and in full force and effect.

3. The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of this confirmation order and the distribution of the Plan payments set forth herein. Further, the numbers in the exhibit to the Confirmation Order reflect the disbursement codes that will be used for all funds received by the Trustee. The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of said disbursement codes as well. DUE TO THE RES JUDICATA EFFECT OF THE CONFIRMATION ORDER AND THE SPECIFIC PROVISIONS THEREIN, IT IS IMPERATIVE THAT COUNSEL FOR ALL INTERESTED PARTIES REVIEW THIS ORDER THOROUGHLY AND TIMELY TAKE ALL STEPS NECESSARY TO CORRECT ANY PERCEIVED INACCURACIES.

6:20-bk-00960-LVV             ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

Exhibit "A"

| Claim Nbr. | | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|---|
| AT | Patrick J Thompson | Attorney Fee | $0.00 | $0.00 | | | |
| 001 | Internal Revenue Service | Priority | $861.61 | $884.70 | ( 1 ) | | |
| | | | | | | 01-15/ | $58.98 |
| 002 | Rushmore Loan Management Service | Ongoing Mortgage | $354,863.30 | $0.00 | ( 2 ) | | |
| | | | | | | 01-16/ | $894.77 |
| | | | | | | 17-60/ | $1,818.97 |
| 003 | Portfolio Recovery Associates, Llc | General Unsecured | $760.98 | $0.00 | ( 3 ) | | |
| 004 | Discover Bank | General Unsecured | $1,566.97 | $1,566.97 | | 01-60/ | Pro Rata |
| 005 | Portfolio Recovery Associates, Llc | General Unsecured | $352.67 | $352.67 | | 01-60/ | Pro Rata |
| 102 | Rushmore Loan Management Service | Mortgage Arrears | $132,108.79 | $132,108.79 | ( 4 ) | | |
| | | | | | | 01-15/ | $0.00 |
| | | | | | | 16-16/ | $59.23 |
| | | | | | | 17-28/ | $989.75 |
| | | | | | | 29-40/ | $2,339.75 |
| | | | | | | 41-52/ | $3,239.75 |
| | | | | | | 53-60/ | $6,652.32 |
| 302 | Rushmore Loan Management Service | Other Arrears | $15,016.16 | $15,016.16 | ( 5 ) | | |
| | | | | | | 01-16/ | $0.00 |
| | | | | | | 17-59/ | $341.28 |
| | | | | | | 60-60/ | $341.12 |
| 501 | Internal Revenue Service | General Unsecured | $2,472.94 | $2,472.94 | | 01-60/ | Pro Rata |

Note ( 1 )   DEBTOR'S 2014/2019 INCOME TAXES.
             PAID AT 4% INTEREST.

Note ( 2 )   PURSUANT TO PROOF OF CLAIM THE PRINCIPLE DUE AMOUNT IS $353,668.30.
             CLAIM REPRESENTS AMENDED CLAIM 2-3.
             CLAIM TRANSFERRED TO RUSHMORE LOAN MANAGEMENT SERVICES.

             THE PLAN PROPOSES A MODIFIED PAYMENT TO THE CREDITOR.  FOURTEEN (14) DAYS FOLLOWING
             THE FILING OF THE MEDIATORS REPORT THE DEBTOR SHALL EITHER MODIFY TO PAY THIS CLAIM
             AS FILED, OR MODIFY TO PAY THE MODIFIED MORTGAGE PAYMENT IF DIFFERENT THAN WHAT IS
             BEING PAID UNDER THE PLAN. IF NEITHER IS DONE, RELIEF FROM THE AUTOMATIC STAY IS
             GRANTED TO CREDITOR WITHOUT FURTHER HEARING.

             A POST-CONFIRMATION STATUS CONFERENCE HAS BEEN SCHEDULED FOR 4/13/2020 AT 2:45PM.  IF
             THE PARTIES HAVE REACHED AN AGREEMENT, AND COMPLIED WITH THE MEDIATION
             PROVISIONS IN THIS ORDER, THE HEARING WILL BE CANCELLED.

Note ( 3 )   PURSUANT TO ORDER DATED 1/25/2021 CLAIM IS DISALLOWED.

Note ( 4 )   PRE-PETITION ARREARS

Note ( 5 )   POST-PETITION ARREARS

**6:20-bk-00960-LVV**             **ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN**

**Debtor Payments to the Trustee**

| Months | Amount |
|---|---|
| 1-16 | $1,060.00 |
| 17-28 | $3,500.00 |
| 29-40 | $5,000.00 |
| 41-52 | $6,000.00 |
| 53-60 | $9,792.00 |

6:20-bk-00960-LVV                           ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.
Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE: In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is February 18, 2025. Therefore, it is important that the Debtor resumes their regular monthly mortgage payments directly to the mortgage creditor thereafter.

Trustee Laurie K. Weatherford is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within 3 days of entry of the order.